UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Wayne Miller,

                Defendant.

---

7:18-MJ-3524(MRG)

J U D G M E N T

    The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on April 3, 2019, found the Defendant, Wayne Miller, Guilty of Count One of the Misdemeanor Complaint to wit: Damage/Destruction of Government Property in Violation of 38 Code Federal Regulation 1.218 (a)(3), in full satisfaction of the Misdemeanor Complaint filed on April 27, 2018, it is,

    ORDERED, ADJUDGED AND DECREED that the Defendant, Wayne Miller is sentenced to pay Restitution in the amount of $2,285.00 to the Veterans Administration by mailing a check or money order to Julia McCormick, United States Military Academy, 646 Swift Road, West Point, New York 10996, by September 9, 2019, and it is,

    FURTHER ORDERED, ADJUDGED AND DECREED that the Defendant, pay a fine in the amount of $500.00 to the Clerk of the Court by mailing a certified check or money order to the Clerk of the Court, 300 Quarropas Street, White Plains, New York 10601, by September 9, 2019, and it is,

    FURTHER ORDERED, ADJUDGED AND DECREED that the Defendant pay a Special Assessment in the amount of $10.00 to the Clerk of the Court by mailing a certified check or money order to the Clerk of the Court, 300 Quarropas Street, White Plains, New York

10601, by September 19, 2019 or appear before this Court on September 20, 2019 to show cause why the restitution, fine and special assessment have not been paid.

Dated: Sept 8, 2022
Poughkeepsie, N.Y.

SO ORDERED:

Hon. Martin R. Goldberg
United States Magistrate Judge